**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00773-CV

### IN THE INTEREST OF R.R. AND J.V., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF11-02361-R**

## ORDER

Before the Court is Georganna L. Simpson's notice of substitution and designation of lead counsel. The Clerk of the Court is **DIRECTED** to **REMOVE** Gaylynn Gee as Bertha Ramirez's counsel and **SUBSTITUTE** Georganna L. Simpson as lead counsel for Bertha Ramirez. All future correspondence should be sent to Georganna L. Simpson, LLC. 1349 Empire Central Drive, Woodview Tower, Suite 600, Dallas, Texas 75247.

/s/     ELIZABETH LANG-MIERS
        JUSTICE